820

No. 85–1944. MARABLE v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 85–1945. BOWIE v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 85–1947. KAUFMAN v. MCCRORY STORES DIVISION OF MCCRORY CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 85–1951. INDIUM CORPORATION OF AMERICA v. SEMI-ALLOYS, INC. C. A. Fed. Cir. Certiorari denied.

No. 85–1954. ARRIOLA ET AL. v. HARVILLE ET AL. C. A. 5th Cir. Certiorari denied.

No. 85–1958. NOLAN ET AL. v. OTIS ELEVATOR CO. ET AL. Sup. Ct. N. J. Certiorari denied.

No. 85–1960. DURDEN v. OFFICE OF PERSONNEL MANAGE-MENT. C. A. Fed. Cir. Certiorari denied.

No. 85–1964. AMERICAN HOSPITAL ASSN. ET AL. v. HEY-DINGER, DIRECTOR OF THE WEST VIRGINIA DEPARTMENT OF HEALTH. C. A. 4th Cir. Certiorari denied.

No. 85–1966. 8.41 ACRES OF LAND, MORE OR LESS, SITUATED IN ORANGE COUNTY, TEXAS, ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–1967. HOLLINGSWORTH OIL CO. ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85–1968. CAMBRIDGE WIRE CLOTH CO. v. LAITRAM CORP. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 85–1970. EHAT v. TANNER ET AL., DBA MODERN MICRO-FILM CO. C. A. 10th Cir. Certiorari denied.